## Criminal Complaint Affidavit for Emilio CORRO-SENA

Your Affiant, Special Agent Robert Rice, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

### Introduction

1. I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

2. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed from May 2008 until May 2019, and from September of 2025 to the present. I am presently assigned to the Lexington, Kentucky field office.  My duties include the investigation of various violations of federal criminal laws including those offenses enumerated in Title 8, United States Code. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. Your affiant has not included each and every fact that has been revealed through the course of this investigation.  Your affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

## Results of Investigation

5.      On March 22, 2025, while conducting targeted Criminal Alien Program Operations at the Bourbon County Jail located in Paris, KY, ICE Deportation Officer McNutt encountered Emilio CORRO-SENA after he was arrested by the Kentucky State Police and charged with Trafficking in a Controlled Substance.

6.      CORRO-SENA's fingerprints were taken at the time of his arrest when he was booked into the Bourbon County Jail. CORRO-SENA's biographical information and fingerprints were electronically submitted to the Department of Justice, National Crime Information Center/ Next Generation Identification System and Department of Homeland Security/ICE databases. These systems again biometrically confirmed CORRO-SENA, to be a previously removed Mexican citizen Emilio CORRO-SENA, the subject of Alien Registration Number XXX- XXX-775.   DO McNutt lodged an ICE Detainer on CORRO-SENA for removal and/or prosecution upon the resolution of his state charges.

7.      On February 3, 2026, CORRO-SENA was convicted in Bourbon County, KY Circuit Court of Trafficking in a Controlled Substance- 1st Degree-1st offense (> or = 4 grams Cocaine) and No Operating License.

8.      Further review of ICE and HSI immigration databases revealed information related to CORRO-SENA's immigration history. CORRO-SENA was issued a notice and order of expedited removal to Mexico by a Designated Official on May 19, 2024.  CORRO-SENA May was removed to Mexico on May 27, 2024, through San Luis, Arizona Port of Entry.

2

9.      Subsequently, CORRO-SENA was apprehended by the United States Border Patrol on three other occasions, July 5, 2024, July 8, 2024, and July 10, 2024.  Each time CORRO-SENA's removal order was reinstated, and he was removed to Mexico on July 6, 2024, July 8, 2024, and July 10, 2024.

10.     There is no evidence of an application for admission into the United States for CORRO-SENA following his last removal. A review of HSI's electronic immigration records revealed no application for permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his previous deportation.

11.     Based on the above information, I believe there is probable cause supporting the conclusion that CORRO-SENA is an alien who has been found in the United States in Bourbon County, in the Eastern District of Kentucky, after having been previously removed or deported from the United States in violation of Title 8 of the United States Code, § 1326(a).


                          ____/s/ Robert Rice_____
                          Robert Rice, Special Agent
                          Homeland Security Investigations
                          Lexington, Kentucky



Transmitted by email and attested to by telephone in accordance with the requirements of
Fed. R. Crim. P. 4.1 on____17th____ day of March 2026


_____
UNITED STATES MAGISTRATE JUDGE



3